UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**FILED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PATRICK HENRY BUSH, #311-762
      Plaintiff

v.

Case: 1:07-cv-00512
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: PATRICK HENRY BUSH V. DAMES Q. BUTLER, ET AL.,

JAMES Q. BUTLER, ESQUIRE, et al.,
      Defendants

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
WITHOUT PREPAYMENT OF COSTS

    I, PATRICK HENRY BUSH, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for prisoner complaints is about $165.00 and that, if granted leave to proceed in forma pauperis, I will have to pay the entire amount in future installment payments.

    In support of my motion to proceed without being required to pre-pay the filing fee and other costs, I state that: 1) because of my poverty and incarceration, I am unable to pre-pay such fee and costs, or to give security therefore: and, 2) I believe I am entitled to the relief sought in this proceeding. The nature of my complaint, briefly stated, involves an action involving CIVIL RIGHTS, LEGAL MALPRACTICE, BREACH OF CONTRACT and FRAUD.

    In further support of this motion, I make the following statements of fact:

1. I am not currently employed; but, I receive about $19.00 per month from prison for Educational pay.

2. I have received about $600.00 to $700.00 dollars within the past 12 months only from my mother to pay the costs for various commisary items, etc.

**RECEIVED**

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

3. I cannot predict if my income will continue from my mother; but, I do expect my prison pay will continue as long as I remain in the Educational Program or some other form of prison work program.

4. I have no cash on hand, or money in savings or checking accounts. My inmate account statement for the last six months is attached to this application.

5. I do not own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing.

6. I have no creditors and/or major monthly expenditures.

7. My marital status is single. FURTHER I SAYETH NAUGHT.

I HEREBY DECLARE under penalty of perjury as provided by Title 28, United States Code, Section 1746 that the foregoing statements are true and correct to the best of my knowledge information and belief.

EXECUTED this 14th day of February 2007 in Somerset County, Maryland.

Signed,

*Patrick Henry Bush*

PATRICK HENRY BUSH, #311-762
Plaintiff's Attorney/Pro,Se
30420 Revells Neck Road
Westover, MD 21890
(410) 845-4000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division


PATRICK HENRY BUSH, #311-762
      Plaintiff

    v.                         Civil Case No.:

JAMES Q. BUTLER, ESQUIRE, et al.,
      Defendants


"MOTION FOR LEAVE TO PROCEED "IN FORMA PAUPERIS"

On this 14th day of February 2007, the plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to prosecute this suit "in forma pauperis" (without prepayment of costs). In support of this motion, plaintiff relies upon the accompanying affidavit.

                                      RESPECTFULLY SUBMITTED,

                                      *Patrick Henry Bush*

                                      PATRICK HENRY BUSH, #311-762
                                      Plaintiff's Attorney/Pro,Se
                                      30420 Revells Neck Road
                                      Westover, MD 21890
                                      (410) 845-4000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

PATRICK HENRY BUSH, #311-762
      Plaintiff

v.                      Civil Case No.:

JAMES Q. BUTLER, ESQUIRE, et al.,
      Defendants

### CONSENT TO ACCOUNT DEDUCTIONS

I, PATRICK HENRY BUSH, Inmate Number 311-762, do hereby authorize prison authorities at the Eastern Correctional Institution and any other institution where I may be held in the future to deduct from my account in monthly payments such amount ordered by the court to pay the costs of filing fees related to this case. And, further, that such deductions shall continue monthly until paid in full to the CLERK, U.S. District Court of the District of Columbia, Washington, D.C. 20001. FURTHER I SAYETH NAUGHT.

Signed,

*/s/ Patrick Henry Bush*

PATRICK HENRY BUSH, #311-762
Plaintiff's Attorney/Pro,Se
Dated: 2-14-07