# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Christine Green, Esq.
818 18th St., NW #1010
Washington, D.C. 20006

Civil Action, File Number __CA-07-512 PLF__

__Patrick H. Bush__

v.

__James Q. Butler, Esq., et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... indicate under your signature your authority.

... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

... behalf you are being served) must answer the ... by default will be taken against you for the

... of Summons and Complaint By Mail was

(MS Official)

COMPLAINT

...mplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

---

**Certified Mail Return Receipt (attached):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Christine Green Esq

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X (signed) — Agent / Addressee
- B. Received by (Printed Name): Shon Cone
- C. Date of Delivery
- D. Is delivery address different from item 1? Yes / No

3. Service Type: Certified Mail / Express Mail / Registered / Return Receipt for Merchandise / Insured Mail / C.O.D.
4. Restricted Delivery? (Extra Fee) Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2032 9328

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense