**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICK H. BUSH, )<br>)<br>      Plaintiff, )<br>vs. )<br>)<br>JAMES Q. BUTLER, ESQ., et al., )<br>)<br>      Defendant. )<br>) | Case No: 07-512 PLF |

**<u>NOTICE TO ENTER APPEARANCE OF COUNSEL</u>**

To the Clerk:

      Please enter the appearance of James Q. Butler, Esquire, and the Butler Legal Group, Pllp, as counsel on behalf of the Defendant, CHURCH OF THE BROTHERHOOD AND SISTERHOOD OF CHRISTIAN SOLIDARITY (improperly named and served as Christian Civil Liberties Union), in the above captioned case.

      Respectfully submitted,

      Butler Legal Group, Pllp


      _____/s/_____
      James Q. Butler, Esq.,
      Bar No: 490014
      Butler Legal Group, PLLP
      818 18th Street, 10th Floor
      Washington, D.C.  20006
      Telephone:  (202) 223-6767
      Facsimile:  (202) 223-3039
      Attorney for Defendant

**Certificate of Service**

   I hereby certify that, on this _____ day of _____, 2007, a true and correct copy of the foregoing was mailed, first class, postage prepaid to:

James Q. Butler, Esq
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006

Thomas M. Glassic, Esq.
1835 F. California Street NW
Washington, DC 20009

Patrick H. Bush
# 311-762
30420 Revells Neck Road
Westover, MD 21890

                _____/s/_____
                James Q. Butler
                Attorney for Defendant