# In the United States District Court
# For the District of Columbia

**Patrick H. Bush;**           )
            **Plaintiff;**   )
  **v.**                        )      07-512-PLF
                                    )
**James Q. Butler, Esq., et al;**   )
            **Defendant(s)**  )

### ANSWER OF DEFENDANT
### "Christian Civil Liberties Union"

**COMES NOW THE DEFENDANT, Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union,** *[improperly served as the* "Christian Civil Liberties Union" *by the plaintiff, emphasis added, ]* by and through it's undersigned counsel and by way of answer to the complaint hereby states as follows:

Answer to paragraph 1: The defendant denies it is a corporation located within the District of Columbia and avers that this court lacks jurisdiction over the defendant which is a Virginia corporation, and states that service was improper.

Answer to paragraph 2: The defendant denies it is a corporation located within the District of Columbia and avers that this court lacks jurisdiction over the defendant which is a Virginia corporation, and states that service was improper.

Answer to paragraph 3: Admits Plaintiff Bush is a felon, housed in a Maryland Prison.

Answer to paragraph 4: The defendant denies it is a corporation located within the District of Columbia and avers that this court lacks jurisdiction over the defendant which is a Virginia corporation, and states that service was improper. As to the other allegations in this paragraph the defendant lacks sufficient knowledge to form a basis to conclude if the allegations are correct.

Answer to paragraph 5:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 6:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 7:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 8:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 9:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 10:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 11:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 12:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 13:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 14:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 15:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 16:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 17:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 18:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 19:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 20:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 21:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

Answer to paragraph 22:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.

## **FIRST CAUSE OF ACTION**

Answer to paragraph 23:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 24:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the

opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 25:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 26:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 27:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## **SECOND CAUSE OF ACTION**

Answer to paragraph 28:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 29:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 30:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 31:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety.  This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 32:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 33:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

### THIRD CAUSE OF ACTION

Answer to paragraph 34:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 35:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the

opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 36:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 37:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 38:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## FOURTH CAUSE OF ACTION

Answer to paragraph 39:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 40:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 41:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 42:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 43: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## FIFTH CAUSE OF ACTION

Answer to paragraph 44: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 45: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 46: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the

opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 47:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 48:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## **SIXTH CAUSE OF ACTION**

Answer to paragraph 49:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 50:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 51:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 52:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

**SEVENTH CAUSE OF ACTION**

Answer to paragraph 53:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 54: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph55: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 56: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 57: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim

fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 58: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 59: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 60: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## **EIGHTH CAUSE OF ACTION**

MISSING FROM COMPLAINT

## NINTH CAUSE OF ACTION

Answer to paragraph 61: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 62: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 63: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 64: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 65:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## TENTH CAUSE OF ACTION

Answer to paragraph 66:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 67:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 68: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 69: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 70: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## ELEVENTH CAUSE OF ACTION

Answer to paragraph 71:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 72:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 73:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 74:  Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly

crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 75: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

Answer to paragraph 76: Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## **PRAYER FOR RELIEF**

Answer to paragraph 77; 77 (a); 77 (b); 77 ( c );  and 77 (d): Answering defendant Christian Civil Liberties Union denies the allegations contained in this paragraph in their entirety. This answering defendant is of the opinion, based upon an analysis of the averments made by this plaintiff, that the plaintiffs claim fail to state a claim upon which relief may be granted and that the claims made in the poorly crafted complaint are spurious and that there has been no injury to this plaintiff caused by this defendant.

## JURY DEMAND

Answer to paragraph 78: Answering defendant Christian Civil Liberties Union has no opinion on the courts decision to grant or deny a jury trial.

## RESERVATION OF RIGHT TO FURTHER RESPOND

The plaintiff has concocted an imaginary series of spurious allegations which appear to have no basis in fact or reality. As the case proceeds and discovery is had this answering defendant reserves the right to cross complain, counter complain, expand it's answer and take whatever actions may be required to defend itself in the highly unlikely event the complaint survives the dispositive stage.

## MOTION TO DISMISS

This answering defendant has set forth supra the fact that it is not within the jurisdiction of this court, and that the plaintiff perjured himself in so avering, and demands the complaint as to this defendant be dismissed with prejudice for failure to state a claim and improper service.

## MOTION TO JOIN IN OTHER DEFENDANTS MOTIONS TO DISMISS

Answer defendant the Christian Civil Liberties Union anticipates that numerous dispositive motions will be filed by the other defendants named herein and joins in those motion(s) past, present or future as they may be filed.

**WHEREFORE ALL RPEMISES CONSIDERED** this answering defendant prays the complaint as it applies to this defendant be dismissed and costs and attorneys fee assessed against the plaintiff.

Dated this 12th Day of June, 2007

By:_____
      James Q. Butler, Esq
      Attorney at Law
      Counsel for the **Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union**
      Butler Legal Group, PLLP
      8181 18th St, N.W.  Suite 1010
      Washington, D.C. 20006
      (202) 223-6767

## CERTIFICATE OF SERVICE

All parties were electronically served by PACER on June 12, 2007, except for the plaintiff, who is a prison inmate, to whom a hard copy was mailed via first class U.S. Postage to:

Mr. Patrick Bush
#311-762
E.C.I 30420 Revells Road
Westover, MD  21890

By:_____
            James Q. Butler