IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK H. BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| JAMES Q. BUTLER, ESQ., et al., ) | Case No: 07-512 PLF |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

COMES NOW, Thomas M. Glassic, Esq., an attorney licensed in the State of Maryland and the District of Columbia, respectfully requests this Honorable Court grant leave for the undersigned to appear pro hac vice in the above captioned matter on behalf of one of the Defendants, CHURCH OF THE BROTHERHOOD AND SISTERHOOD OF CHRISTIAN SOLIDARITY (improperly named and served as Christian Civil Liberties Union), and states as follows:

1.  Counsel has attached a motion from James Q. Butler, Esq., a member of the bar of this Court, and who is the Senior Partner of the Butler Legal Group, Pllp, and the sponsoring local counsel in this matter.

2.  Counsel states that he is a member in good standing of the bar of the State of Maryland and the District of Columbia.

3.  Counsel is familiar with the rules of this Court, and has never been, nor is now the subject of any disciplinary proceeding and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers

admitted to practice in this Court in connection with the pro hac vice representation in this case.

WHEREFORE, Counsel respectfully requests this Honorable Court grant leave for the undersigned to appear Pro Hac Vice on behalf of the above named Defendant in the above captioned matter.

Respectfully submitted,

_____/s/_____
Thomas M. Glassic, Esq.
1835 F. California Street NW
Washington, DC 20009

### Certificate of Service

I hereby certify that, on this _____ day of _____, 2007, a true and correct copy of the foregoing was mailed, first class, postage prepaid to:

James Q. Butler, Esq
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006

Thomas M. Glassic, Esq.
1835 F. California Street NW
Washington, DC 20009

Patrick H. Bush
# 311-762
30420 Revells Neck Road
Westover, MD 21890

_____/s/_____
Thomas M. Glassic
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK H. BUSH, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JAMES Q. BUTLER, ESQ., et al., | ) Case No: 07-512 PLF |
| Defendant. | ) |

**MOTION AND CONSENT OF SPONSORING LOCAL COUNSEL
FOR
PRO HAC VICE ADMISSION OF THOMAS M. GLASSIC**

COMES NOW, James Quincy Butler, Esq., a member of the bar of this Court, and Senior Partner of the Butler Legal Group, Pllp, respectfully requests that this Honorable Court grant leave for Thomas M. Glassic, Esq., to appear pro hac vice, in the above captioned matter on behalf of one of the Defendants, CHURCH OF THE BROTHERHOOD AND SISTERHOOD OF CHRISTIAN SOLIDARITY (improperly named and served as Christian Civil Liberties Union), and states as follows:

1. I am personally aware that Thomas M. Glassic, is a member in good standing of the bar of the State of Maryland and the District of Columbia. I hereby agree to act as local sponsoring counsel, and Counselor Glassic has agreed to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with his pro hac vice representation in this case.

2. I have attached a proposed order for the convenience of the court.

WHEREFORE, Counsel respectfully requests this honorable court grant leave for Thomas M. Glassic, Esq., to appear Pro Hac Vice on behalf of the Plaintiff in the above captioned matter.

Respectively Submitted,

_____/s/_____
James Quincy Butler, Esq
Bar No: 490014
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006
Telephone:  (202) 223-6767
Facsimile:  (202) 223-3039

**Certificate of Service**

I hereby certify that, on this _____ day of _____, 2007, a true and correct copy of the foregoing was mailed, first class, postage prepaid to:

James Q. Butler, Esq
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006

Thomas M. Glassic, Esq.
1835 F. California Street NW
Washington, DC 20009

Patrick H. Bush
# 311-762
30420 Revells Neck Road
Westover, MD 21890

_____/s/_____
James Q. Butler
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICK H. BUSH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>JAMES Q. BUTLER, ESQ., et al., )<br>)<br>Defendant. )<br>) | Case No: 07-512 PLF |

## ORDER

Upon consideration of Defendant's Motion for Leave for Thomas Glassic, Esq., an attorney licensed in the State of Maryland and the District of Columbia, to Appear Pro Hac Vice in the above captioned matter and upon consideration of the Motion of James Quincy Butler, Esq, a member of the bar of this Court, acting as local sponsor, the Motion is hereby;

GRANTED.

Dated this _____ day of _____, 2007.

_____
U.S. District Court Judge.

copies to:

James Quincy Butler, Esq
Butler Legal Group, PLLP
818 18th Street, 10th Floor
Washington, D.C.  20006

Thomas M. Glassic, Esq.
1835 F. California Street NW
Washington, DC 20009

Patrick H. Bush
# 311-762
30420 Revells Neck Road
Westover, MD 21890

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 15th day of March, 2007, a copy of Plaintiff, Jonathan A. Hart's, Motion for Leave to Appear Pro Hav Vice was filed electronically, with notice to:

Daniel Karp, Esq.
120 E. Baltimore Street
Suite 1850
Baltimore, Maryland 21202
Attorney for Defendant

_____/s/_____
James Q. Butler