# In the United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| **Patrick H. Bush;** | ) | |
|         **Plaintiff;** | ) | |
|    v. | ) | **07-512-PLF** |
| | ) | Judge Paul L. Friedman |
| **James Q. Butler, Esq., et al;** | ) | |
|         **Defendant(s)** | ) | |

### O R D E R

Upon consideration of the Motion to Dismiss by Defendant **Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union**, it is this _____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, GRANTED; and the it is

FURTHER ORDERED, that the Complaint is hereby dismissed.

_____
United States Judge

cc:

Patrick Henry Bush #311-762
30420 Revells Neck Road
Westover, MD 21890