UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK HENRY BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-512 (PLF) |
| | ) |
| JAMES Q. BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Defendant Christian Civil Liberties Union has filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the motion to dismiss 30 days of this Order. If Plaintiff does not respond by that date, the Court may treat the motion as conceded.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 14, 2007