UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK HENRY BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-512 (PLF) |
| ) | |
| JAMES Q. BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court is a motion for leave to appear *pro hac vice* filed by Thomas M. Glassic, Esquire. Counsel seeks to enter an appearance on behalf of defendant Christian Civil Liberties Union. Local Civil Rule 83.2(d) provides that:

> An attorney who is not a member of the Bar of this Court may be heard in open court only by permission of the judge to whom the case is assigned. Any attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth: (1) the full name of the attorney; (2) the attorney's office address and telephone number; (3) a list of all bars to which the attorney has been admitted; (4) a certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline; (5) the number of times the attorney has been admitted *pro hac vice* in this Court within the last two years; and (6) whether the attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending.

Counsel's motion does not comply with this Rule. Accordingly, it is

ORDERED the motion for leave to appear *pro hac vice* [12] is DENIED without prejudice.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 15, 2007