IN THE U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON DC)

RECEIVED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE MATTER OF:

Bush, Patrick
Eastern Correctional Inst.

　　v.

Butler, James Q. et al

Case # 1:07-cv-00512 PLF

LINE

MADAM / SIR CLERK,

　　Please place the above styled case on the inactive docket until notified by the Plaintiff to reset this case for further proceddings. The Plaintiff is seeking outside Counsel and needs additional time to pay the necessary Attorney's fees.

I ask for this, June 19, 2007
Patrick Bush
PLAINTIFF

*[signature: Patrick Bush]*