# In the United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| **Patrick H. Bush;** | ) | |
|       **Plaintiff;** | ) | |
| v. | ) | 07-512-PLF |
| | ) | Judge Paul L. Friedman |
| **James Q. Butler, Esq., et al;** | ) | |
|       **Defendant(s)** | ) | |

:

## MOTION FOR SANCTIONS,
## CRIMINAL REFERRAL
## and
## OBJECTION TO MOTION FOR "INACTIVE STATUS"

Defendant, Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union., by counsel, hereby makes motion for Sanctions, Criminal Referral and Objection to the "LINE" motion for "INACTIVE STATUS" file by the plaintiff.

### OBJECT TO LINE MOTION

Plaintiff has filed a "LINE" (sic) motion to place this case on inactive status pending retention of counsel.  This defendant opines there is no such authority for a "LINE" motion in the federal rules of civil procedure.  Inactive status when a motion to dismiss for jurisdictional reasons would appear to be improper, as ruling on any "LINE" motion must wait until the court decides the issue of jurisdiction, raised in the motion to dismiss.

### MOTION FOR CRIMINAL REFERRAL

Plaintiff Bush swore under oath in this matter at paragraph 4 of his  indigent affidavit (Dkt Ent:  "2")  that " I have no cash on hand, or money in savings or checking accounts". Plaintiff Bush now claims he will retain an attorney.

The contrary statements at this juncture are perjury and the court is requested to make a criminal referral to the United States Attorney for prosecution in the matter regarding the perjury of this plaintiff in his indigent application.

## MOTION FOR SANCTIONS

It appears this plaintiff has no problem committing perjury in this case, and has access to funds either hidden or supplied by third party "STRAW PLAINTIFFS" such as his "MOTHER" as outlined in the indigent affidavit.

This defendant is a not for profit church and is incurring legal expenses it cannot afford, to defend a spurious litigation. This defendant seeks entry of an order compelling the plaintiff to reveal the source of his attorney retainer funds, as well as the identity of any third party straw plaintiff, (The plaintiffs Mother) and imposition of sanctions to reimburse this defendant for legal expenses in this matter.

Dated June 26, 2007

Respectfully submitted,

By:   /s/ James Q. Butler
      James Q. Butler, Esq
      Attorney at Law
      Counsel for the **Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union**
      Butler Legal Group, PLLP
      8181 18th St, N.W.  Suite 1010
      Washington, D.C. 20006
      (202) 223-6767

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Motion to Dismiss Defendant Church of the Brotherhood and Sisterhood of Christian Solidarity, Christian Civil Liberties Union,** was electronically filed and mailed, postage prepaid, this 26th day of June, 2007, to:

>Patrick Henry Bush #311-762
>30420 Revells Neck Road
>Westover, MD 21890
>
>   /s/ James Q. Butler
>     James Q. Butler