UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | | |
|---|---|---|
| PATRICK HENRY BUSH | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| | : | |
| v. | : | Case No.: 1:07-CV-00512-PLF |
| | : | |
| JAMES Q. BUTLER, *et al*. | : | |
| 3426 16th Street, N.W. | : | Judge Paul L. Friedman |
| Washington, D.C. 20010 | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**OPPOSITION TO PLAINTIFF'S REQUEST FOR STAY**

Defendant James Q. Butler, Esq., by counsel, hereby opposes the Plaintiff's request to "Place the above styled case on the inactive docket until notified by the Plaintiff to reset this case for further proceedings." Defendant interprets this "Line" as a Motion to Stay All Proceedings. As justification for this request, Plaintiff claims to be seeking outside counsel and requests additional time to pay the necessary attorney's fees.

Defendant Butler filed a Motion to Dismiss in this case on June 12, 2007. An additional Motion to Dismiss was filed by Christian Civil Liberties Union on June 13, 2007. On June 14, 2007, the Court ordered that Plaintiff shall respond to the Motion to Dismiss by Defendant Christian Civil Liberties Union within 30 days. The Court granted no such extension to the deadline for responding to Mr. Butler's Motion and the Opposition to that Motion is past due.

There is no provision in the Federal Rules for filing a "Line". All requests for action by the Court must be made in the form of a Motion. Fed. R Civ. P 7(b)(1). Assuming that the Court

will treat this Line as a Motion the Motion should be denied.

Separate and apart from the obvious inconsistency between Plaintiff's stated intention to pay a new attorney and his claim of poverty in his Affidavit in support of his Motion to proceed without pre-payment of costs, the Motion does not justify what amounts to an indefinite stay of proceedings against Defendant Butler. As shown in the his Motion to Dismiss, the claims alleged against Defendant Butler are wholly without merit. With the exception of the sole Federal claim alleged, the Court does not have subject matter jurisdiction to even hear this case because of a lack of diversity among the parties. The Federal claim has absolutely no merit whatsoever. It is highly prejudicial to require Mr. Butler to remain as a party in this case while Mr. Bush casts about for legal representation. Having given the Court no indication as to when, if ever, he will secure an attorney and when, if ever, he will be able to pay such an attorney, there is no justification for continuing to prejudice Defendant Bush by allowing this case to remain on the docket.

Defendant therefore respectfully requests that the Court hold Plaintiff to the deadlines established by the Federal Rules, treat the Motion to Dismiss as conceded, and dismiss this case as requested in the Motion to Dismiss.

Respectfully Submitted,

JORDAN COYNE & SAVITS, L.L.P.


By:   /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C.  20036
    (202) 496-2805 –  (202) 496-2800 (fax)
    jmay@jocs-law.com
    *Attorneys for Defendant James Q. Butler, Esq.*


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Opposition to Plaintiff's Request for Stay** was electronically filed and mailed, postage prepaid, this 2nd day of July, 2007, to:

James Q. Butler
818 18th Street, N.W., Ste. 1010
Washington, DC 20006

Patrick Henry Bush #311-762
30420 Revells Neck Road
Westover, MD 21890


   /s/ John Tremain May
John Tremain May

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| PATRICK HENRY BUSH : | |
| : | |
| *Plaintiff* : | |
| : | |
| v. : | Case No.: 1:07-CV-00512-PLF |
| : | |
| JAMES Q. BUTLER, *et al*. : | |
| 3426 16th Street, N.W. : | Judge Paul L. Friedman |
| Washington, D.C. 20010 : | |
| : | |
| *Defendants.* : | |
| : | |

**O R D E R**

Having received a document titled "Line" filed by Plaintiff in which Plaintiff requests that the case be placed on an inactive docket until notified by Plaintiff to reset the case, and considering this document to constitute a Motion for a Stay of All Proceedings, and having considered the Opposition to such request, it is this _____ day of _____, 2007

ORDERED that the request be and hereby is DENIED.

_____
United States Judge

cc:

John Tremain May #294199
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

James Q. Butler
818 18th Street, N.W., Ste. 1010
Washington, DC 20006

(continued next page)

Patrick Henry Bush #311-762
30420 Revells Neck Road
Westover, MD 21890