In The United States District Court
For the District of Columbia

Patrick Bush
 Plaintiff

V.

James Butler Esq. et al :
 Defendants

RECEIVED
JUL 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07.512 PLF
Judge Paul L. Friedman

## Answer to Motion for Objection to Inactive Status and Answer to the issue of Jurisdiction

1. The plaintiff needs time to retain proper legal counsel because of the "SCAM" James Butler Esq. impose on the plaintiff and his mother. We are suffering a financial hardship. Butler is using the profit from his "SCAM" to retain counsel.

## Answer to the Jurisdiction Issue

The defendant Butler stated in his answer to the complaint and in the motion to dismiss that the Christian Civil Liberties Union is located in the state of Virginia. The plaintiff submit <u>Exhibit "A"</u> for the court to review to decide the jurisdiction issue, it is clearly stated that on May 15, 2006 the Butler law firm and the Christian Civil Liberties Union is now located in <u>Washington, D.C.</u> The defendant Butler is now trying to **DECEIVE** the court with jurisdiction as a defense, to not be held accountable for the **SCAM** he's running. The defendant Butler practice the scam in the State of Maryland, without a Maryland Bar license to deliberately scam Maryland inmates and their family out of their money and now crying jurisdiction.

Respectfully Submitted,   July 2, 2007
by Patrick Bush
    ECI 311-762
    30420 Revells Neck Rd
    Westover, Md 21890

# Certificate Of Service

I hereby certify that a true copy of the foregoing Answer Motion was Mailed to the defendant, this July 2. 2007

James Butler, esq. and C.C.L.U
818 18th St., N.W Suite 1010
Washington, DC 20006


Sign *Patrick Bush*

| | |
|---|---|
| **CCLU** Christian Civil Liberties Union<br>2190 Pimmit Dr. Suite 207, Falls Church, Virginia. 22043<br>James Q. Butler, Esquire<br>Attorney at Law & General Counsel<br>And Co-Host of<br>J4A Justice For All - Investigative News Unit<br>(703) 442-6532              www.CCLU.Com |  |

Date: May 8, 2006

From: James Butler, Esq
      Attorney at Law

To:   **All Clients**

Dear Client:
   On Monday **May 15, 2006** the Butler Law Firm & C.C.L.U. will relocate from our Falls Church Offices to our new National Headquarters in Washington D.C.
   **The telephone numbers and contact info will remain the same.**
   Please advise your family and friends of this new address so mail will not be lost.
   The new address appears below.

**Butler Law Firm / C.C.L.U.
818 18th Street, Suite 1010
Washington  D.C.  20006**

Very truly yours;

*James Butler*

James Q. Butler, Esq
Attorney at Law
General Counsel C.C.L.U.

   

James Butler, Esq       Yanique Moore          Destiny Price           Pamela Guzman
Attorney at Law         Investigative Reporter  Senior Paralegal        Spanish Client Paralegal