United States District Court
For The District of Columbia

RECEIVED
JUL 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Patrick Bush
  Plaintiff

V.

Case No. 07.512 PLF

James Butler Esq, et al:
  Defendants

Motion for An Extension of Time to Answer, Motion to Dismiss

The plaintiff Bush respectfully request for an extension of time for reasons follow:

1. That the plaintiff is not able to have access to the prison's legal research facilities.

2. That the extension of time until after a pending evidentiary hearing Exhibit "B" on the exculpatory evidence Butler deliberately withheld at the plaintiff post-conviction hearing. [Within 60 days after]

3. That the order and the evidence from this evidentary hearing will provide this court a clear understanding of the Damages the plaintiff sustain from Butler and C.C.L.U.

4. That all of the named defendants have not answered nor have they apparently not received any service by the U.S. Marshal.

5. That this motion would neither prejudice nor delay the defendants defense; and is made for good cause as herein stated.

WHEREFORE, I request for this on July 6, 2007.

Respectfully Submitted,
*Patrick Bush*

Patrick Bush
ECI 311-762
30420 Revell Neck Rd
Westover, Md 21890

Certificate of Service

I hereby certify that a true copy of the foregoing motion was sent to James Butler, C.CLU on July 6, 2007

*Patrick Bush*

Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK BUSH, #311762           *
      Petitioner,
      v.                       *   CIVIL ACTION NO. DKC-07-1450

STATE OF MARYLAND and            *
WARDEN EASTERN CORRECTIONAL
INSTITUTION                      *
      Respondents.
                    ***

## ORDER

On June 8, 2007, the court received for filing the instant petition for habeas corpus relief raising a direct attack on Petitioner's 2002 convictions in the Circuit Court for St. Mary's County.[1]

Accordingly, IT IS this 14th day of June, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Respondents SHALL FILE an Answer to the Petition within FORTY (40) DAYS of the entry date of this Order;

2. Respondents SHALL FURNISH copies of all relevant materials, transcripts, and opinions with their Answer to the court and SHALL PROVIDE copies of the Answer and all exhibits to Petitioner;

---

[1] Under the "prison mailbox rule," the Petition is deemed filed June 7, 2007. *See Houston v. Lack*, 487 U.S. 266, 272-73 (1988).

3. Pursuant to Amended Rule 5(e) Governing 28 U.S.C. § 2254 Cases, Petitioner SHALL FILE a REPLY, if any, THIRTY (30) DAYS after service of Respondents' Answer; and

4. The Clerk SHALL PROVIDE a copy of this Order to Petitioner and ALSO SHALL PROVIDE a copy of this Order and the Petition (Paper No. 1) to Assistant Attorney General Edward J. Kelley.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge

2