UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| Patrick Henry Bush, | : |
| *Plaintiff*, | : |
| v. | : Case No.: 1:07-CV-00512-PLF |
| James Q. Butler, | : |
| | : Judge Paul L. Friedman |
| Christine Green, Esq. Woodbridge Va., | : |
| Yanique Moore Fort Washington, MD, *et al*. | : |
| *Defendants*. | : |

**MOTION TO DISMISS BY DEFENDANTS
CHRISTINE GREEN, ESQ. AND YANIQUE MOORE**

Defendants, Christine Green, Esq. and Yanique Moore, by counsel, hereby move to dismiss the Complaint in this case pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. As support for this Motion, Defendants state that Plaintiff has failed to state a claim upon which relief can be granted as to the claims raised in the Complaint. In addition, once the Federal claims are dismissed, the Court will not have subject matter jurisdiction over the common law claims as the parties are not diverse.

For the reasons set forth herein, Defendant respectfully requests that the Complaint be dismissed.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.


By:   /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C.  20036
    (202) 496-2805 –  (202) 496-2800 (fax)
    jmay@jocs-law.com
    *Attorneys for Defendants Christine Green, Esq.*
    *and Yanique Moore*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants incorporate herein by reference the arguments made on behalf of James Q. Butler, Esq. in the Motion to Dismiss filed on his behalf in the above-captioned matter.  As part of that Motion, Mr. Butler asserted in a Declaration that Ms. Moore is a resident of Maryland.  If the Court desires, Ms. Moore can confirm that fact in her own Declaration.

For the reasons set forth in the Motion to Dismiss by Defendant James Q. Butler, Esq., Defendants Green and Moore request that their Motion be granted.


   /s/ John Tremain May
John Tremain May

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Motion to Dismiss by Defendants Christine Green, Esq. and Yanique Moore** was electronically filed and mailed, postage prepaid, this 24th day of July, 2007, to:

>Patrick Henry Bush #311-762
>30420 Revells Neck Road
>Westover, MD 21890

     /s/ John Tremain  May
John Tremain May

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | | |
|---|---|---|
| Patrick Henry Bush | : | |
|     *Plaintiff* | : | |
| v. | : | Case No.: 1:07-CV-00512-PLF |
| James Q. Butler, *et al*. | : | Judge Paul L. Friedman |
|     *Defendants.* | : | |

**O R D E R**

Upon consideration of the Motion to Dismiss by Defendants Christine Green, Esq. and Yanique Moore, it is this _____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, GRANTED; and the it is

FURTHER ORDERED, that the Complaint is hereby dismissed.

_____
United States Judge

cc:

Patrick Henry Bush #311-762
30420 Revells Neck Road
Westover, MD 21890