September 19. '07

Patrick Bush
MCTC #311.762
18800 Roxbury Rd
Hagerstown, Md 21746

Clerk
U.S. District Court
U.S Courthouse
333 Constitution Ave., NW
Washington, DC 20001

**RECEIVED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk

On Wednesday September 19.'07 Patrick Bush #311.762 in the matter civil action No. DKC 07.1540 has relocated to the above address, please send mail to new address.

Thank you.

Sincerely,
Patrick Bush