UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
PATRICK HENRY BUSH,                       )
                                          )
      Plaintiff,                          )
                                          )
  v.                                      )   Civil Action No. 07-512 (PLF)
                                          )
JAMES Q. BUTLER, ESQUIRE, *et al.*,       )
                                          )
      Defendants.                         )
_____)


ORDER

      For the reasons explained in the Opinion issued this same day, it is hereby

      ORDERED that defendants' motions to dismiss [13] [14] [24] are GRANTED; it is

      FURTHER ORDERED that defendant Christian Civil Liberties Union's motion for sanctions [20] is DENIED; and it is

      FURTHER ORDERED that plaintiff's motion to strike [26] is DENIED.  The case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).  Any other pending motions are denied as moot.

      SO ORDERED.


                                                      _____/s/_____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE:  November 14, 2007